01-15-00679-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 06 2015

CHRISTOPHER A. PRINE
CLERK

Case 2015-1064552 :           Kechinyere Franca Azaga

                              p.o. box 455

                              houston Texas 77001

court-Rm-1 :                  10 - 3 - 2015

                              ph - 713 - 741 - 7094


Apeallant - defendant : v:    Apeallee - plaintiff :

Kechinyere Franca Azaga       houston housing authority

                              F. v. drive          and


To first court of apeal of tx.    irvington Village apt. complex

301 fannin 2nd fl.

houston Texas 77002


A requested court hearing reminder :


Notice to represent self :

Dear First court of apeal,

This is a follow-up on a hearing request that I filed on the 9-24-2015.

This document filed on the above date, is filing fee a filing fee document related, this is a reminder.

Sincerely Yours

Kedu Franca Azaga

p.o. box 455

houston Texas 77001

ph# 713 744 7094 new ph